# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CARR,<br><br>   Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Defendant. | Case No. 17CV0669 GPC AGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:   April 3, 2017<br>Trial Date:     Not Set |

Based upon the Joint Motion for Dismissal With Prejudice, and good cause, this Court hereby orders all future hearing dates be vacated and the action to be, and is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: September 18, 2017

Hon. Gonzalo P. Curiel
United States District Judge